904

ASSOCIATION OF FRANCISCAN SISTERS OF THE SACRED HEART, d/b/a ST. JOSEPH HOSPITAL, Plaintiff-Appellee, v. PEGGY HOMOLA, Defendant-Appellant.

(No. 70-207;

Third District—May 11, 1971.

Opinion by Mr. PRESIDING JUSTICE ALLOY.

John D. Vosnos, of Chicago, for appellant.

O'Brien, Faulkner & Garrison, of Joliet, for appellee.